# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Delbert M. Grush            Docket No. 5:12-MJ-1847-1

### Petition for Action on Probation

     COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Delbert M. Grush, who, upon an earlier plea of guilty to Simple Assault, in violation of 18 U.S.C. § 113(a)(4), was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on November 6, 2012, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate in the 90-day inpatient treatment program recommended by his physician or, if that is not available, the Army Community Services Marching to Change Program or, if that is not available, any other long-term intensive program to deal with anger management and PTSD.

     **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** While there have been no known instances of violence or threats toward the victim (Tiffany Grush) since the term of supervision began, it is recommended that a condition be imposed prohibiting the defendant from having any contact with her, either directly or indirectly, except as it relates to their minor child. The government is not opposed to this condition being added, and the defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

     **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall have no contact, either directly or indirectly, with Tiffany Grush, the victim in this case, except as it relates to their minor child.

     Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton            /s/ Debbie W. Starling
Robert L. Thornton            Debbie W. Starling
Supervising U.S. Probation Officer            U.S. Probation Officer
           310 Dick Street
           Fayetteville, NC 28301-5730
           Phone: (910) 483-8613
           Executed On: November 29, 2012

**Delbert M. Grush**
**Docket No. 5:12-MJ-1847-1**
**Petition For Action**
**Page 2**

## ORDER OF COURT

Considered and ordered this __30th__ day of _____November_____, 2012, and ordered filed and made a part of the records in the above case.

_/s/ James E. Gates_
James E. Gates
United States Magistrate Judge